**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

UNITED STATES DISTRICT COURT
FILED
NOV 21 2023
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

Revised 07/07 WDNY

_Kevin J. Becker_

**Jury Trial Demanded: Yes** ✗ **No** _____

Name(s) of Plaintiff or Plaintiffs

-vs-

_City of Buffalo Law Department_
_City of Buffalo Human Resources_
_City of Buffalo Fire Department_

**DISCRIMINATION COMPLAINT**   -CV-_____

23  CV  1209-V

Name of Defendant or Defendants

You should attach a copy of your **original  Equal Employment Opportunity Commission (EEOC) complaint**, a copy of the Equal Employment Opportunity Commission **decision, AND** a copy of the **"Right to Sue"** letter you received from the EEOC to this complaint.  Failure to do so may delay your case.

**_Note:_** _Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes._

This action is brought for discrimination in employment pursuant to _(check only those that apply)_:

_____ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (amended in 1972, 1978 and by the Civil Rights Act of 1991, Pub.L.No. 102-166) (race, color, gender, religion, national origin).
> **NOTE**:  In order to bring suit in federal district court under Title VII, you **must first obtain a right to sue letter** from the Equal Employment Opportunity Commission.

✗ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621-634 (amended in 1984, 1990, and by the Age Discrimination in Employment Amendments of 1986, Pub.L.No. 99-592, the Civil Rights Act of 1991, Pub.L.No. 102-166).
> **NOTE**:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you **must first file charges** with the Equal Employment Opportunity Commission.

_Disabled veteran and failed to hired based on political affiliation_

_____ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112-12117 (amended by the Civil Rights Act of 1991, Pub.L.No. 102-166).
> **NOTE:**  In order to bring suit in federal district court under the Americans with Disabilities Act, you **must first obtain a right to sue letter** from the Equal Employment Opportunity Commission.

**JURISDICTION** is specifically conferred upon this United States District Court by the aforementioned statutes, as well as 28 U.S.C. §§ 1331, 1343.  Jurisdiction may also be appropriate under 42 U.S.C. §§ 1981, 1983 and 1985(3), as amended by the Civil Rights Act of 1991, Pub.L.No. 102-166, and any related claims under New York law.

**In addition to the federal claims indicated above**, you may wish to include New York State claims, pursuant to 28 U.S.C. § 1367(a).

___X___   New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297 (age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status). *failed to adhere to disability Law*

## PARTIES

1. My address is: _158 Calais st, Buffalo, NY 14218_

   My telephone number is: _716 - 984 -7191_

2. The name of the employer(s), labor organization, employment agency, apprenticeship committee, state or local government agency who I believe discriminated against me is/are as follows:

   Name: _Buffalo Fire Department_

   Number of employees: _700 - 800_

   Address: _68 Court Street_
   _Buffalo, NY 14202_

3. (If different than the above), the name and/or the address of the defendant with whom I sought employment, was employed by, received my paycheck from or whom I believed also controlled the terms and conditions under which I were paid or worked. (For example, you worked for a subsidiary of a larger company and that larger company set personnel policies and issued you your paycheck).

   Name: _Gladys Herndon Hill - Human Resources_

   Address: _65 Niagara st, Room 1100,_
   _Buffalo, NY 14203_

## CLAIMS

4. I was first employed by the defendant on (date): _N/A_

5.   As nearly as possible, the date when the first alleged discriminatory act occurred is: _____
     _____ 2 - 9 - 22 _____

6.   As nearly as possible, the date(s) when subsequent acts of discrimination occurred (if any
     did): _____ 2 - 9 - 22 _____
     _____
     _____

7.   I believe that the defendant(s)

     a. _____         Are still committing these acts against me.
     b. _X_           Are not still committing these acts against me.
     (Complete this next item **only** if you checked "b" above)   The last discriminatory act
     against me occurred on (date) _____
     _____

8.   (Complete this section **only** if you filed a complaint with the New York State Division of
     Human Rights)

     The date when I filed a complaint with the New York State Division of Human Rights is
     _____
     _ (estimate the date, if necessary)

     I filed that complaint in (identify the city and state): _____
     _____

     The Complaint Number was: _____

9.   The New York State Human Rights Commission did _____ /did not _____
     issue a decision. (**NOTE:** If it **did** issue a decision, you **must attach** one copy of the
     decision to **each** copy of the complaint; failure to do so will delay the initiation of your
     case.)

10.  The date (if necessary, estimate the date as accurately as possible) I filed charges with the
     Equal Employment Opportunity Commission (EEOC) regarding defendant's alleged
     discriminatory conduct is: _____ 2 / 2022 _____

11.  The Equal Employment Opportunity Commission did _____ did not
     _____ issue a decision. (**NOTE:** If it **did** issue a decision, you **must attach** one
     copy of the decision to **each** copy of the complaint; failure to do so will delay the
     initiation of your case.)

12.  The Equal Employment Opportunity Commission issued the attached Notice of Right to
     Sue letter which I received on: _____ 08 / 23 / 2023 _____. (**NOTE:** If it

**did** issue a Right to Sue letter, you **must attach** one copy of the decision to **each** copy of the complaint; failure to do so will delay the initiation of your case.)

13.   I am complaining in this action of the following types of actions by the defendants:

a. _____   Failure to provide me with reasonable accommodations to the application process

b. ⤬   Failure to employ me

c. _____   Termination of my employment

d. _____   Failure to promote me

e. _____   Failure to provide me with reasonable accommodations so I can perform the essential functions of my job

f. _____   Harassment on the basis of my sex

g. _____   Harassment on the basis of unequal terms and conditions of my employment

h. _____   Retaliation because I complained about discrimination or harassment directed toward me

i. _____   Retaliation because I complained about discrimination or harassment directed toward others

j. _____   Other actions (please describe) *Failed to employ me based on age, physcan indicated my knees were aging. Failed to employ based on political affiliation (systemic racism)*

14.   Defendant's conduct is discriminatory with respect to which of the following *(check all that apply)*:

a. _____ Race                          f. _____ Sexual Harassment

b. _____ Color                         g. ⤬ Age  *6-16-64* Date of birth

c. _____ Sex                           h. ⤬ Disability

d. _____ Religion                      Are you incorrectly perceived as being disabled by your employer?

e. _____ National Origin               ⤬ yes ___ no

15.   I believe that I (was) _____/was not _____ **intentionally** discriminated against by the defendant(s).

4

16. I believe that the defendant(s) is/are _____ is not/are not _____ still committing these acts against me. (If you answer is that the acts are not still being committed, state when: _____ and why the defendant(s) stopped committing these acts against you: *They failed to employ me based on being removed from civil service exam.*

17. **A copy of the charge to the Equal Employment Opportunity Commission is attached to this complaint and is submitted as a brief statement of the facts of my claim.** (NOTE: You **must** attach a copy of the **original complaint** you filed with the Equal Employment Opportunity Commission and a copy of the **Equal Employment Opportunity Commission affidavit** to this complaint; failure to do so will delay initiation of your case.)

18. The Equal Employment Opportunity Commission *(check one)*:
    _____ **has not** issued a Right to sue letter
    ✗ **has** issued a Right to sue letter, which I received on *8-23-2023*

19. State here as briefly as possible the *facts* of your case. Describe how each defendant is involved, including *dates* and *places*. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. *(Use as much space as you need. Attach extra sheets if necessary.)*

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**FOR LITIGANTS ALLEGING <u>AGE DISCRIMINATION</u>**

20. Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct
    ✗ 60 days or more have elapsed _____ less than 60 days have elapsed

**FOR LITIGANTS ALLEGING AN AMERICANS WITH DISABILITIES ACT CLAIM**

21. I first disclosed my disability to my employer (or my employer first became aware of my disability on *January, 2022*

22.  The date on which I first asked my employer for reasonable accommodation of my disability is _I never received employment offer_

23.  The reasonable accommodations for my disability (if any) that my employer provided to me are: _Defendant failed to hire plaintiff_

24.  The reasonable accommodation provided to me by my employer were _____/were not _____ effective. _N/A_

**WHEREFORE**, I respectfully request this Court to grant me such relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

Dated: _11-20-23_                    _Ken J Becker_

                                     Plaintiff's Signature

6

RESPONDENTS POSITIONAL STATEMENT

Case # 525-2022-02190

I am going to explain and discuss several facts concerning this case which are:

First and foremost, the fact of age discrimination is demonstrating by Dr. Santa Maria (neuro – psychologist) hired by the City of Buffalo to evaluate possible candidates for firefighter. Dr. Santa Maria mentions to me that concern about aging lower extremities. Specifically, he mentions my knees. I respond by stating that my knees are fine! This is the same response that I give to both the Fire Commissioner and the Human Resource Commissioner (February, 2022). They both ask about my knees at the appeal hearing that was moved up to benefit the defendant. Hearing was originally scheduled for later during week. Hearing was moved up by a phone call notice from Civil Service. The fact of the matter is that this is an adverse action by the defendant's based on pre- judging candidate without any experience on job.

Second fact is that I am a disabled Veteran. This is based on injury during service. I am considered to be in a protected class with regards to gaining employment. I think the city and civil service department committed an adverse action without realizing that I am a Veteran. I also did not realize that as a candidate for firefighter. I was eligible to receive extra points toward examination. I think it would have been 10 points.

Third factor is that the Neuro-psyche physician is a psychologist. Dr. Santa Maria is not an orthopedic surgeon! Why is he trying to evaluate me regarding my extremities?  This also applies to both the Human Resource Commissioner and the Fire Commissioner. This is another factor of an adverse action by defendant.

The fourth factor is that the defendant's used arbitrary and capricious decision making regarding my physical and mental health. My physical health is that I am in better condition than 70-80 percent of current fire department. They seemed to be overly concerned about my age without indicating my age. They seemed to believe all of their critiques without any concern for disagreements. Specifically, I mentioned to them in written response. Dr. Santa Maria mentions anxiety and depression concerns. I had seen a psychologist at DENT neurology several years ago. It was never indicated by physician that I am unemployable??? This is another factor of an adverse action by defendant.

The fifth factor is that I requested a FOIL in writing at the Civil Service office.  This was concerning wanting the names, addresses and candidates from the February 2021 firefighter class. My concern is that I would like to know if candidates lived outside city- and specifically the ages of the candidates.   The defendant responded by via mail using a bunch of examples and stating they were not obliged to share information.   This is another factor of an adverse action.

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Buffalo Local Office**
300 Pearl St, Suite 450
Buffalo, NY 14202
(716) 431-5007
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 08/23/2023

**To:** Mr. Kevin J. Becker
158 Calais St
WEST SENECA, NY 14210

Charge No: 525-2022-02190

EEOC Representative and email:    STEPHANIE LITTLEHALE
Investigator
stephanie.littlehale@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission,

**Maureen C. Kielt** Digitally signed by Maureen C. Kielt
Date: 2023.08.22 21:07:00 -04'00'

Maureen C. Kielt
Director, Buffalo Local Office

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974.  See enclosed Privacy Act Statement and other information before completing this form. | ☐ EEOC<br>☐ FEPA | 525-2022-02190 |

| New York State Division Of Human Rights | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone | Year of Birth |
|---|---|---|
| Mr. Kevin J. Becker | 716-984-7191 | 1964 |

**Street Address**

158 Calais St

WEST SENECA, NY 14210

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| Buffalo Fire Department | 201 - 500 Employees | |

**Street Address**

68 Court Street 65  Niagara Square

BUFFALO, NY 14202

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| | Earliest | Latest |
| Age | 01/01/2022 | 02/28/2022 |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I was in the process of employment with the Respondent. I was in the process to be employed as a Firefighter. I scored an 89 on the written examination, passed the physical abilities test, and was qualified to move onto the next step in the employment process. I went for a psychological evaluation on or about January 2022. The professional conducting the psychological evaluation instead began assessing my physical fitness and indicated that I have aging knees. Following this evaluation, I was not considered to continue the employment process. There was an appeal date that I attended even after the Respondent changed the dates on very short notice. This gave me little time to perfect my rebuttal. During the appeal process, I was asked directly by the Respondent if I was qualified for employment to which I answered yes, both mentally and physically. Even still, I was not considered to continue the employment process. I believe the psychological evaluation was discriminatory based on my age, in willful violation of the Age Discrimination in Employment Act of 1967.

| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Digitally Signed By: Mr. Kevin J. Becker**<br>**11/24/2022** | SUBSCRIBED  AND  SWORN  TO  BEFORE  ME  THIS  DATE *(month, day, year)* |
| *Charging Party Signature* | |

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

23 CV 1209

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Kevin J. Becker

## DEFENDANTS

City of Buffalo, Buffalo Fire Department, City Human Resource

(b) County of Residence of First Listed Plaintiff   Erie
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*   Pro Se

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                          *and One Box for Defendant)*

|                                          | PTF | DEF |                                                      | PTF | DEF |
|------------------------------------------|-----|-----|------------------------------------------------------|-----|-----|
| Citizen of This State                    | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State                 | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country  | ☐ 3 | ☐ 3 | Foreign Nation                                       | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|----------|-------|--|--------------------|------------|----------------|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☒ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:
Did not want to hire due to disability, age and system racism

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:

JURY DEMAND:   ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*   JUDGE   Schroeder   DOCKET NUMBER   525-2022-02215

DATE   11-20-2023

SIGNATURE OF ATTORNEY OF RECORD   Kevin J. Becker Pro Se

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE   HKS